Ray ADAMS v. UNITED STATES of America.

### No. 6825.

Circuit Court of Appeals, Ninth Circuit.

April 25, 1932.

Before WILBUR and SAWTELLE, Circuit Judges.

1080

## PER CURIAM.

Pursuant to stipulation of counsel for the respective parties, ordered appeal dismissed; mandate forthwith.